No. 1097. MARCUM *v.* MARCUM ET AL. June 4, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Louis Titus* and *James T. Crouch* for petitioner. No appearance for

respondents.